UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

VIVIAN TELFAIR,      :  Civil No.1:14-CV-140(WLS)
            :
  Plaintiff,     :
            :
v.           :
            :
CBV COLLECTIONS, INC.,   :
            :
  Defendant.     :

### CORPORATE DISCLOSURE STATEMENT

COMES NOW DEFENDANT, CBV COLLECTIONS, INC., by and through its attorney of record, and pursuant to Middle District of Georgia Local Rule 87 makes the following disclosure:

CBV Collections, Inc., is an independent corporation with no parent or subsidiary corporations and with no publically held company owning ten (10%) percent or more of the parties stock.

The undersigned party understands it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted this ___12th___ day of November, 2014.

GARDNER, WILLIS, SWEAT & HANDELMAN, LLP

BY: _____
SMITH NALL WILSON
Attorney for Defendant

PREPARED BY:

_____
Smith Nall Wilson
State Bar No. 265251
Gardner, Willis, Sweat & Handelman, LLP
P. O. Drawer 71788
2408 Westgate Drive
Albany, Georgia 31708-1788
229/883-2441
10-314-2014-04.wpd

LAW OFFICES
GARDNER, WILLIS
SWEAT & HANDELMAN, LLP
2408 WESTGATE DRIVE
P.O. DRAWER 71788
ALBANY, GEORGIA
31708-1788
(229) 883-2441

### CERTIFICATE OF SERVICE

GEORGIA, DOUGHERTY COUNTY.

    THIS WILL CERTIFY that I have this date served Plaintiff, Vivian Telfair, by and through her attorney, **Jason Herman, Esq., at jason@jasonhermonlaw.com**, with copies of CORPORATE DISCLOSURE STATEMENT sending said document through email pursuant to an agreement between the parties.

    This 12 day of November, 2014.


             GARDNER, WILLIS, SWEAT & HANDELMAN, LLP


             BY: _____
                  SMITH NALL WILSON
                  Attorney for Defendant


SNW/115-33/ghs
10-314-2014-04.wpd

LAW OFFICES
**GARDNER, WILLIS
SWEAT & HANDELMAN, LLP**
2408 WESTGATE DRIVE
P.O. DRAWER 71788
ALBANY, GEORGIA
31708-1788
(229) 883-2441